150925

Case Number 09-21249 - WILLIS, JAMES ZEBEDEE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **City of Elyria Law Director's Office**<br>**131 Court St., Ste. 201**<br>**Elyria, Ohio 44035** | 000010B | 110.00 | 3.80 |

(10-1) Elyria Municipal Court Case No. 2010TRD00796
(10-1) Dollar amount does not match what is on the Proof of Claim.

---------- Remittance Total ----------     110.00   CK.#   3.80
                                                                                                110

TRUSTEE VIRGIL E. BROWN, JR., Trustee

FILED 2010 SEP 13 AM 11:50
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND